IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARY ELIZABETH BROPHY, et al. : CIVIL ACTION
:
   v. :
:
ALEXANDER BELFI : NO. 19-1488

## **ORDER**

**AND NOW**, this 17th day of June, 2019, upon consideration of Plaintiffs' Motion to Remand (Docket No. 9), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Plaintiffs' Motion to Remand is **GRANTED**.

2. This matter is **REMANDED** to the Court of Common Pleas of Philadelphia County.

3. The Clerk of the Court shall **CLOSE** this matter.

BY THE COURT:

/s/ John R. Padova, J.

_____

John R. Padova, J.